IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

        Plaintiff,               No. 2:12-cv-2366 EFB P

   vs.

CALIFORNIA DEPT. OF
CORRECTIONS - BOARD OF
PAROLE HEARINGS,

        Defendant.             <u>ORDER</u>

_____/

      After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 10, 11,

plaintiff filed a letter directed to the "Chief Judge" requesting that the undersigned be "removed"

from this case, Dckt. No. 13.  The court takes no action on plaintiff's filing as this case is now

closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action

that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate

Procedure.

      So ordered.

Dated:  November 5, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE